

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Dorman Nickels
County Attorney
Wharton County
Wharton, Texas

Dear Sir:

Opinion No. O-3716
Re: Division of common school
    district and consolidation
    with another common school
    district and independent
    school district.

We acknowledge receipt of your letter of June 16,
1941, in which you request the opinion of this department
upon the following question:

"Can a County Board of School Trustees di-
vide an existing Common School District and
attach one-half thereof to another Common school
District and attach the remaining one-half there-
of to an Independent School District without an
election?"

We do not believe that the statutes cited in your
opinion request relate to the question as stated. In that
connection we call to your attention the recent decision of
the Supreme Court of Texas in Cause No. 7731, County School
Trustees of Orange County et al vs. District Trustees of
Prairie View Common School District No. 8, in which the Su-
preme Court held unconstitutional Chapter 359, Acts 1935,
44th Legislature, and also held that Section 2 of Article
2742e, Acts 1929, 41st Legislature, 1st C. S., p. 259, Ch.
109, and Section 1 of Article 2742f, Acts 1929, 41st Legis-
lature, 1st C. S., p. 106, Ch. 47, were to be construed to-
gether. These Acts, of course, relate only to the changing
of boundaries or detaching territory from school districts
as limited by the provisions therein set out. Provision is
made for the consolidation of common school districts, com-
mon county line districts and independent school districts

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

by Article 2742b, Section 5b, Vernon's Revised Civil Statutes, and Article 2806, Revised Civil Statutes of 1925. Section 5b of Article 2742b, supra, relates to the consolidation of school districts by election and provides that they shall be conducted in the manner prescribed by general lva in Article 2806, Revised Civil Statutes, 1925.

We have considered carefully your opinion request and the problem therein presented. Since we have been unable to find any statutory authority for the procedure outlined and suggested, it is the opinion of this department that the question as above stated must be answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED JUL 29, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

By

Ross Carlton
Assistant

RC:ej



O.K.